UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

JACK SHRADER, Individually And
On Behalf of All Others Similarly Situated,

        Plaintiff,

        vs.

FXCM INCORPORATED, DREW NIV, DAVID SAKHAI, WILLIAM AHDOUT, KENNETH GROSSMAN, EDUARD YUSUPOV, ROBERT LANDE, CREDIT SUISSE SECURITIES (USA) LLC, CITIGROUP GLOBAL MARKETS INC., and J.P. MORGAN SECURITIES LLC,
        Defendants.
_____

No. 11 Civ. 1461 (JSR)

ECF CASE

## NOTICE OF APPEARANCE

Please enter my appearance as Counsel for Defendants FXCM Inc., Drew Niv, David Sakhai, William Ahdout, Kenneth Grosssman, Eduard Yusupov, and Robert Lande in the above-referenced action. I certify that I am admitted to practice in this court.

Dated: New York, New York
      April 1, 2011

                              Respectfully submitted,

                                 /s/ Irwin H. Warren
                              Irwin H. Warren
                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              (212) 310-8000

*Attorneys for Defendants FXCM Inc., Drew Niv, David Sakhai, William Ahdout, Kenneth Grosssman, Eduard Yusupov, and Robert Lande.*