## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____ :

JACK SHRADER, Individually And      :    No. 11 Civ. 1461 (JSR)
On Behalf of All Others Similarly Situated,    :

       Plaintiff,        :

                   :    ECF CASE

      vs.        :

FXCM INCORPORATED, DREW NIV,    :
DAVID SAKHAI, WILLIAM AHDOUT,    :
KENNETH GROSSMAN, EDUARD      :
YUSUPOV, ROBERT LANDE, CREDIT    :
SUISSE SECURITIES (USA) LLC,      :
CITIGROUP GLOBAL MARKETS INC.,    :
and J.P. MORGAN SECURITIES LLC,    :
          Defendants.       :

                   :

_____ :


## NOTICE OF APPEARANCE

      Please enter my appearance as Counsel for Defendants FXCM Inc., Drew Niv,

David Sakhai, William Ahdout, Kenneth Grosssman, Eduard Yusupov, and Robert Lande in the

above-referenced action.  I certify that I am admitted to practice in this court.

Dated: New York, New York
      April 1, 2011


                   Respectfully submitted,


           ___/s/ Richard W. Slack_____
            Richard W. Slack
           WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          (212) 310-8000

*Attorneys for Defendants FXCM Inc., Drew Niv, David Sakhai, William Ahdout, Kenneth Grosssman, Eduard Yusupov, and Robert Lande.*